IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN WOODSIDE, III<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC UNION FINANCIAL, LLC<br><br>Defendant. | Civil Action No. 17-cv-10208<br><br>SECTION "F"<br>MAGISTRATE JUDGE "1" |

## ORDER

This matter having come before the Court upon the Parties' Joint Motion to Dismiss Without Prejudice, and good cause being shown,

It is hereby ORDERED that the Joint Motion is GRANTED and the case is dismissed without prejudice.

DATED this 8th day of November, 2017.

_____
Hon. Martin Feldman
United States District Judge